01-15-00250-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 1:15:13 PM
CHRISTOPHER A. PRINE
Clerk

March 18, 2015

LANCE NGUYEN
ATTORNEY OF RECORD
3303 MAIN STREET #303
HOUSTON, TX 77002

Defendant's Name: JULIO GIALITO ARUIZU

Cause No. 1943590

Court: COUNTY CRIMINAL COURT AT LAW #7

Please note the following appeal updates on the above mentioned cause.

**Notice of Appeal on Writ of Habeas Corpus filed:** 3/9/15 **Ruling Made:** 2/3/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** LANCE NGUYEN

Sincerely,

S. NORRIS

Shalanda Norris
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

SANDRA POWELL (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

14|999

P2

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 MAR -9 AM 11:32

MAIL PROCESSING DEPUTY C

Cause No. <u>1943590</u>

In Re: § In the County Criminal Court

**JULIO GUALITO ARUIZU** § Court at Law No. 7

(Writ of Habeas Corpus) § Harris County, Texas

<u>**NOTICE OF APPEAL**</u>

TO THE HONORABLE COURT:

NOW COMES Julio Gualito Aruizu, Appellant, and files this Notice of Appeal, to wit:

1.  Appellant desires to appeal from the trial court's Judgment (Writ of Habeas Corpus) denied and signed on February 03, 2015, and any FINDINGS OF FACT AND CONCLUSIONS OF LAW related to said Judgment.

2.  Information as required by TRAP 25.2 and 31.1 (habeas corpus), is as follows:

    a.  The trial court number is County Criminal Court at Law #7, Harris County, numbered and styled as, No. <u>1943590</u>, The State of Texas v. Julio Gualito Aruizu (application for writ of habeas corpus);

    b.  The judgment and/or appealable order from which Appellant is appealing is the Judgment (Writ of Habeas Corpus) denied and signed February 03, 2015, and any FINDINGS OF FACT AND CONCLUSIONS OF LAW related to said Judgment;

    c.  Julio Gualito Aruizu desires to appeal from the aforementioned judgment and any related Findings of Fact and Conclusions of Law;

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

d.  This appeal is to the Court of Appeals – Houston, either the 1st or 14th Circuit;

e.  Julio Gualito Aruizu is filing this notice of appeal, through the undersigned counsel;

3.  Appellant requests that the court reporter prepare without fee/in forma pauperis and certify a reporter's record, transmitted to the appropriate appellate court.

## PRAYER

FOR THESE REASONS, Appellant prays the appellate Court set this matter for appeal and oral hearing or arguments, and reverse and remand or, alternatively, reverse and render in favor of Appellant regarding his Petition/Application for Writ of Habeas Corpus, and all other relief as requested therein. Appellant prays that his underlying guilty plea be set aside or withdrawn, and/or, alternatively, that a new trial be granted in the underlying criminal case. Appellant prays for all relief to which he may be entitled, at law or in equity.

Respectfully submitted,

Lance Nguyen
SBN 24010266
3303 Main Street, #303
Houston, TX 77002
Tel: (281) 999-5111
Fax: (281) 786-3379
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on the Harris County District Attorney's Office on March 5, 2015, via fax.

Lance Nguyen

2

CAUSE NO. 1943590

THE STATE OF TEXAS § IN THE COUNTY CRIMINAL
vs. § COURT AT LAW NUMBER 7
Julio Aruizu § HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____                    _____
**Judge Presiding**                                  **Date Signed**    3-13-15

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Julio A_____                      _____ Smyn
**Defendant**                                         **Defendant's Counsel**

11503 Wolf Run Ln                                    24010266
**Mailing address:** Houston, TX 77065               **State Bar of Texas ID Number:**

(713) 538-6394                                       3303 Main St. #303
**Telephone number:**                                **Mailing address:**

_____                              (28) 999-5111
**Fax number (if any):**                             **Telephone number:**

**FILED**                                            (28) 786-3379
Chris Daniel                                         **Fax number (if any):**
District Clerk

MAR 13 2015

**Time:** _____
Harris County, Texas

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22                                                                    12-04-2012

C-72
Rev. 5, 2

## APPEAL CARD

3-24-15

Court
7

Cause No.
1943590

**The State of Texas**

vs

Julio Gualito Arvizu

3-9-15

Date Notice
of Appeal: 3-9-15

Presentation: Vol._____ Pg._____
Judgment: Vol._____ Pg._____
Judge Presiding Pam Derbyshire
Court Reporter Sandra Powell
Court Reporter_____
Court Reporter_____

Attorney
on Trial Lance Nguyen

Attorney
on Appeal Lance Nguyen

Appointed_____ Hired_____

Offense writ of Habeas Corpus

Jury Trial: Yes_____ No ✓

Punishment
Assessed NA

Companion Cases
(If Known) NA

Amount of
Appeal Bond NA

Appellant
Confined: Yes_____ No ✓

Date Submitted
to Appeal Section 3-17-15

Deputy Clerk L Smith

221998